UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK

-------------------------------------------------------------------------x
COLLETTE STROUDE, on behalf of herself and all others similarly situated,

                                           Plaintiff,

-v.-

DESIGNER BRANDS, INC.

                                           Defendants.
-------------------------------------------------------------------------x

Civil Action No:
1:24-cv-2415

## JOINT STIPULATION OF DISMISSAL

IT IS HEREBY STIPULATED AND AGREED by and between all parties that whereas no party hereto is an infant, incompetent person for whom a committee has been appointed or conservatee, and no person not a party has an interest in the subject matter of the action, that this action is dismissed with prejudice and without costs to either party pursuant to Rule 41(a)(1)(A)(ii) of the Federal Rules of Civil Procedure.

**Dated:** April 3, 2025

| For Plaintiff Collette Stroude | For Defendant Designer Brands, Inc. |
|---|---|
| _s/Rami Salim_<br>Rami Salim<br>Stein Saks, PLLC<br>One University Plaza<br>Hackensack, NJ 07601<br>Ph: (201) 282-6500<br>rsalim@steinsakslegal.com | _s/Larry Scott Karlin_<br>Larry Scott Karlin<br>The Karlin Law Firm LLP<br>13522 Newport Ave suite 201<br>Tustin, CA 92780<br>Ph: (714) 731-3283<br>staff@karlinlaw.com |

SO ORDERED. _/s/ ROBERT M. LEVY_
Robert M. Levy
4/10/25   United States Magistrate Judge

## CERTIFICATE OF SERVICE

I certify that on April 3, 2025, a copy of the foregoing was filed electronically in the ECF system. Notice of this filing will be sent to the parties of record by operation of the Court's electronic filing system. Parties may access this filing through the Court's system.

/s/ Rami Salim

Rami Salim
**Stein Saks, PLLC**
One University Plaza
Hackensack, NJ 07601
*Attorneys for Plaintiff*